# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Jane Doe
    Defendant.

**FILED**
JUL 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case Number
CR 05-00404 RMW

ORDER - CJA CONTRIBUTION(s) DUE

    It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[ ✓ ] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 100.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [ ✓ ] That certain date of _Aug 1st_ and the SAME DAY each month thereafter;

    [ ] The first day of _____ and the FIRST DAY of each month thereafter;

    [ ] MAIL TO:   Clerk, U. S. District Court
                       280 South First Street, Room 2112
                       San Jose, CA.   95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

    [ ] That certain date of _____;

    [ ] MAIL TO:   Clerk, U. S. District Court
                       280 South First Street, Room 2112
                       San Jose, CA.   95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 7-12-05

_Howard R. Lloyd_
U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72
(Rev 8/82)