**FILED**

AUG 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00404-RMW |
| Plaintiff, | ) | |
| | ) | [Proposed] |
| v. | ) | |
| | ) | ORDER REFLECTING RULING |
| JANE DOE, | ) | AT A HEARING ON JULY 25, 2005 |
| aka, Josefina Serrano, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the government's motion at a hearing on July 25, 2005

and there being no objection by the defendant,

IT IS HEREBY ORDERED that the defendant's true name, "MARIA EUGENIA

MACIAS LLAMAS," is substituted in for "JANE DOE" in the indictment.

August 15, 2005

RONALD M. WHYTE
United States District Judge