BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MARIA MACIAS-LLAMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/7/05*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00404 RMW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| MARIA MACIAS-LLAMAS, aka, Josefina Serrano, | ) | |
| Defendant. | ) | |

Assistant United States Attorney Carlos Singh and defendant, Maria Macias-Llams, through his counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the sentencing date in the above-captioned matter, presently scheduled for December 12, 2005, should be continued to June 5, 2006, at 9:00 a.m.

The reason for this continuance is to allow U.S. Probation Officer Jack Roberson to complete his report and for continuity of counsel.

/ / /

/ / /

/ / /

1   Dated: November 22, 2005                            _____/S/_____
                                                        JAY RORTY
2                                                       Assistant Federal Public Defender

3

4   Dated: November 22, 2005                            _____/S/_____
                                                        CARLOS SINGH
5                                                       Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARIA MACIAS-LLAMAS, )<br>aka, Josefina Serrano, )<br>)<br>Defendant. )<br>_____ | No. CR 05-00404 RMW<br><br>**ORDER CONTINUING SENTENCING DATE AND EXCLUDING TIME** |

The parties have jointly requested to continue the sentencing date presently set for December 12, 2005, to June 5, 2006, at 9:00 a.m. to allow U.S. Probation Officer Jack Roberson to complete his report and for continuity of counsel.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date presently set for December 12, 2005, be continued to June 5, 2006, at 9:00 a.m.  Pursuant to the parties' stipulation.

Dated: December 7, 2005

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

3